**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **KAISIM KEYES,** | : | **CIVIL ACTION** |
| *Petitioner*, | : | |
| | : | |
| **v.** | : | |
| | : | |
| **BERNADETTE MASON, et al.,** | : | **NO.  22-cv-4380** |
| *Respondents.* | : | |

<u>**ORDER**</u>

**NOW**, this **30th** day of **September 2025**, upon consideration of the Petition for Writ of *Habeas Corpus* (ECF No. 1), the response to the Petition (ECF No. 11), the Report and Recommendation filed by United States Magistrate Judge Craig M. Straw (ECF No. 13), and no objections to the Report and Recommendation having been filed, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Craig M. Straw is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of *Habeas Corpus* is **DISMISSED WITH PREJUDICE**; and

3.  No certificate of appealability shall issue because the petitioner has not made a substantial showing of the denial of a constitutional right under 28 U.S.C. § 2253(c)(2).

**BY THE COURT:**

**/s/ CHAD F. KENNEY**

**CHAD F. KENNEY, JUDGE**